# Third District Court of Appeal

## State of Florida

Opinion filed June 15, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2828
Lower Tribunal No. 14-15924
_____


**Joseph Yearby,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Lisa Walsh, Judge.

Joseph Yearby, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.


Before SUAREZ, C.J., and WELLS and SALTER, JJ.

WELLS, Judge.

Joseph Yearby appeals from an order imposing sentence following revocation of his probation.  We find no merit in any of Yearby's arguments which relate solely to the sentence imposed.  And, while we find no error in the trial court's determinations regarding the grounds on which Yearby's probation should be revoked, we remand this matter to the court below for entry of a written order consistent with the court's oral pronouncements below.

Remanded with instructions.